# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| RULE 14 LLC, § § *Plaintiff*, § § v. § § Case No.: 2:23-CV-0627-JRG-RSP § UIPATH INC., § § *Defendant*. § § | |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement. **Dkt. No. 182.** After consideration, and noting its joint nature, the Court **GRANTS** the Motion.

It is **ORDERED** that the above-captioned case is **STAYED** for 30 days to allow the Parties to file dismissal papers with the Court.

**SIGNED this 6th day of August, 2025.**



ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE